UNITED STATES of America, Appellant, v. Ambrose Ray LOMAN.

No. 12129.

Circuit Court of Appeals, Eighth Circuit.

Sept. 22, 1941.

Maurice M. Milligan, U. S. Atty., and Charles L. Chalender, Atty., Department of Justice, both of Kansas City, Mo., for appellant.

George F. Anderson, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of counsel for appellant and consent.

Leo WOLF et al., Appellants, v. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN.

No. 12019.

Circuit Court of Appeals, Eighth Circuit.

Sept. 26, 1941.

Moonan & Moonan, of Waseca, and Hughes & Hughes, of Worthington, for appellants.

Faegre, Benson & Krause, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court (40 F.Supp. 635) dismissed without costs in favor of either of the parties in this Court, pursuant to stipulation.